IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| JOSEPH BOERCKEL and SAMANTHA DALY, | Case No. 18-10355 (JKF) |
| Debtors | |

### CERTIFICATE OF SERVICE FOR THE
### OBJECTION OF FRANKLIN MINT FEDERAL CREDIT UNION
### TO CONFIRMATION OF THE CHAPTER 13 PLAN

I, Corinne Samler Brennan, Esquire, hereby certify that I will cause a true and correct copy of the foregoing Objection of Franklin Mint Federal Credit Union to Confirmation of the Chapter 13 Plan to be served on the 26th day of February, 2018 upon the following parties in interest via U.S. Mail or the CM/ECF System of the Bankruptcy Court:

Via U.S. Mail
Joseph Boerckel and Samantha Daly
1011 Cobbs Street
Drexel Hill, PA 19026

Via CM/ECF
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Frederick L. Reigle
ecfmail@fredreiglech13.com
ecf_frpa@trustee13.com

PHIL1 6844051v.1

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                KLEHR | HARRISON | HARVEY|
                BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
        Corinne Samler Brennan, Esquire
        1835 Market Street, Suite 1400
        Philadelphia, PA 19103
        Telephone: (215) 569-3393

PHIL1 6844051v.1