**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Joseph Boerckel aka Joseph A Boerckel<br>Samantha Daly aka Samantha A Daly<br><u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation<br><u>Movant</u><br>vs. | NO. 18-10355 jkf |
| Joseph Boerckel aka Joseph A Boerckel<br>Samantha Daly aka Samantha A Daly<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br><u>Trustee</u> | |

## ORDER TERMINATING AUTOMATIC STAY

AND NOW, this 26th day of March, 2018, Movant Toyota Motor Credit Corporation having filed a Motion for Relief from the Automatic Stay and a Certificate of No Objection thereto, the Motion shall be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit Movant, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA PRIUS, VIN: JTDKN3DU3F0398483 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Joseph Boerckel aka Joseph A Boerckel
1011 Cobbs Street
Drexel Hill, PA 19026

Samantha Daly aka Samantha A Daly
1011 Cobbs Street
Drexel Hill, PA 19026

Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532