United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 18-10355-jkf
Joseph Boerckel                                                                   Chapter 13
Samantha Daly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                 Page 1 of 1              Date Rcvd: Mar 26, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db/jdb         +Joseph Boerckel,    Samantha Daly,    1011 Cobbs Street,    Drexel Hill, PA 19026-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Joseph  Boerckel brad@sadeklaw.com,    bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Samantha  Daly brad@sadeklaw.com,    bradsadek@gmail.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Quicken Loans Inc.
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,    nharrison@klehr.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Joseph Boerckel aka Joseph A Boerckel<br>Samantha Daly aka Samantha A Daly<br><u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation<br><u>Movant</u><br>vs. | NO. 18-10355 jkf |
| Joseph Boerckel aka Joseph A Boerckel<br>Samantha Daly aka Samantha A Daly<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br><u>Trustee</u> | |

## ORDER TERMINATING AUTOMATIC STAY

AND NOW, this 26th day of March, 2018, Movant Toyota Motor Credit Corporation having filed a Motion for Relief from the Automatic Stay and a Certificate of No Objection thereto, the Motion shall be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit Movant, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA PRIUS, VIN: JTDKN3DU3F0398483  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Joseph Boerckel aka Joseph A Boerckel
1011 Cobbs Street
Drexel Hill, PA 19026

Samantha Daly aka Samantha A Daly
1011 Cobbs Street
Drexel Hill, PA 19026

Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532