STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>Joseph Boerckel a/k/a Joseph A. Boerckel and Samantha Daly a/k/a Samantha A. Daly<br><br>Debtors | Chapter 13<br><br>Bankruptcy Case: 18-10355-jfk<br><br>Judge: Jean K. FitzSimon |
|---|---|

**PRAECIPE TO MARK OBJECTION TO PLAN CONFIRMATION MOOT**

Kindly mark the Creditor's Objection to Confirmation of Plan filed on 02/20/2018, Document #18, on behalf of Quicken Loans, Inc. moot as Debtors filed an Amended Plan.

Respectfully Submitted,

*/s/ Christopher M. McMonagle, Esquire*
Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
(215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Counsel for Creditor

Date: May 4, 2018

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Joseph Boerckel a/k/a Joseph A. Boerckel and Samantha Daly a/k/a Samantha A. Daly | Bankruptcy Case: 18-10355-jfk |
| Debtors | Judge: Jean K. FitzSimon |

**CERTIFICATE OF SERVICE**

    I, Christopher M. McMonagle, Esquire, hereby certify that a true and correct copy of the foregoing Praecipe to Mark Amended Objection to Confirmation of Plan Moot has been sent by electronic means via the Court's CM/ECF notification system this 4th day of May, 2018, to the following:

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

and by standard first class mail postage prepaid to:

Joseph Boerckel
1011 Cobbs Street
Drexel Hill, PA 19026

Samantha Daly
1011 Cobbs Street
Drexel Hill, PA 19026

STERN & EISENBERG, PC
*/s/ Christopher M. McMonagle, Esquire*
Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
(215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Counsel for Creditor

Date: May 4, 2018