IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Joseph Boerckel | : |
| Samantha Daly | : |
| | : |
| | :    Case No.: 18-10355 JKF |
| | : |
| Debtor(s) | :    Chapter 13 |

CERTIFICATE OF NO RESPONSE

     I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation that was filed on May 3, 2018 at Docket Number 32.

Dated: May 25, 2018                                  /s/ Brad J. Sadek, Esquire
                                                            Brad J. Sadek, Esquire
                                                            Sadek and Cooper
                                                            "The Philadelphia Building"
                                                            1315 Walnut Street, #502
                                                            Philadelphia, PA 19107
                                                            215-545-0008