UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Josheph Boerckel & Samantha Daly | : | |
| | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 18-10355JKF |

**Addendum to Chapter 13 Plan**

The Amended Plan is being changed in the following way:

Priority claim #25 for Upper Darby Township in the amount of $831.48 and will be paid through the Confirmed Chapter 13 Plan, and will be paid through the Confirmed Chapter 13 Plan.

Date: June 19th, 2019                                                                          /s/ Brad J. Sadek, Esq.

                                                                                                              1315 Walnut Street #502
                                                                                                              Philadelphia, PA 19107