**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    Joseph Boerckel<br><br>    Samantha Daly<br>    Debtor(s)<br>--------------------------------------------<br>Quicken Loans Inc.<br>                  Creditor/Movant<br>v.<br>Joseph Boerckel<br>Samantha Daly<br>                  Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 18-10355-jkf<br><br>Judge: FITZSIMON, JEAN K. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, this __27th__ day of __February__, 2020, upon consideration of the Stipulation between Debtor and Quicken Loans Inc., it is hereby ORDERED ~~and DECREED~~ that the Stipulation is APPROVED ~~and made an Order of the Court~~.

BY THE COURT:

_/s/ Jean K. FitzSimon_
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon