United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Boerckel  
Samantha Daly  
     Debtors

Case No. 18-10355-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Randi   Page 1 of 1   Date Rcvd: Feb 27, 2020  
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.  
db/jdb       +Joseph Boerckel,   Samantha Daly,   1011 Cobbs Street,   Drexel Hill, PA 19026-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:

        BRAD J. SADEK   on behalf of Debtor Joseph  Boerckel brad@sadeklaw.com, bradsadek@gmail.com  
        BRAD J. SADEK   on behalf of Joint Debtor Samantha  Daly brad@sadeklaw.com, bradsadek@gmail.com  
        CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   Quicken Loans Inc.  
         cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
        CORINNE SAMLER BRENNAN   on behalf of Creditor   Franklin Mint Federal Credit Union  
         cbrennan@klehr.com, swenitsky@klehr.com  
        DANIEL P. JONES   on behalf of Creditor   Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        LAUREN S. ZABEL   on behalf of Creditor   Quicken Loans Inc. lzabel@reedsmith.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                   TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| Joseph Boerckel | Chapter: 13 |
| Samantha Daly Debtor(s) | Bankruptcy Case: 18-10355-jkf |
| Quicken Loans Inc. Creditor/Movant | Judge: FITZSIMON, JEAN K. |
| v. Joseph Boerckel Samantha Daly Debtor(s) | |

### ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this __27th__ day of __February__, 2020, upon consideration of the Stipulation between Debtor and Quicken Loans Inc., it is hereby ORDERED ~~and DECREED~~ that the Stipulation is APPROVED ~~and made an Order of the Court~~.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon