| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-10355-AMC

JOSEPH  BOERCKEL
SAMANTHA  DALY
1011 COBBS STREET
DREXEL HILL  PA    19026

Petition Filed Date: 01/19/2018
341 Hearing Date: 03/09/2018
Confirmation Date: 07/11/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $500.00 | | 01/28/2019 | $500.00 | | 02/25/2019 | $500.00 | |
| 03/25/2019 | $500.00 | | 04/22/2019 | $500.00 | | 05/24/2019 | $500.00 | |
| 07/08/2019 | $500.00 | | 07/29/2019 | $500.00 | | 09/03/2019 | $500.00 | Monthly Plan P |
| 10/15/2019 | $500.00 | | 11/12/2019 | $500.00 | | 12/10/2019 | $500.00 | |
| 12/26/2019 | $500.00 | | 02/03/2020 | $500.00 | | 03/02/2020 | $500.00 | |
| 03/27/2020 | $500.00 | | 04/13/2020 | $500.00 | | 05/26/2020 | $500.00 | |
| 06/22/2020 | $500.00 | | 07/06/2020 | $500.00 | | 07/31/2020 | $500.00 | |

**Total Receipts for the Period: $10,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXP CENTURION BANK »» 006 | Unsecured Creditors | $2,479.28 | $84.29 | $2,394.99 |
| 8 | AMERICAN INFOSOURCE LP »» 008 | Unsecured Creditors | $5,524.01 | $187.87 | $5,336.14 |
| 9 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $7,938.68 | $269.98 | $7,668.70 |
| 10 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $2,298.50 | $78.14 | $2,220.36 |
| 11 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $5,486.60 | $186.57 | $5,300.03 |
| 18 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 018 | Unsecured Creditors | $5,953.28 | $202.44 | $5,750.84 |
| 21 | BECKET & LEE, LLP »» 021 | Unsecured Creditors | $572.33 | $15.06 | $557.27 |
| 2 | CAVALRY INVESTMENTS LLC »» 002 | Unsecured Creditors | $813.60 | $15.16 | $798.44 |
| 4 | CCAP AUTO LEASE LTD »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $9,620.72 | $327.17 | $9,293.55 |
| 22 | FEDERAL LOAN SERVICING »» 022 | Unsecured Creditors | $37,066.12 | $1,278.36 | $35,787.76 |
| 7 | FEDERAL LOAN SERVICING »» 007 | Unsecured Creditors | $80,427.48 | $2,773.77 | $77,653.71 |
| 13 | FRANKLIN MINT FEDERAL CU »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-10355-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | FRANKLIN MINT FEDERAL CU<br>»»  014 | Unsecured Creditors | $1,512.27 | $51.44 | $1,460.83 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  017 | Unsecured Creditors | $2,596.00 | $88.29 | $2,507.71 |
| 19 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  019 | Unsecured Creditors | $1,919.00 | $55.45 | $1,863.55 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  020 | Unsecured Creditors | $883.72 | $16.45 | $867.27 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  012 | Unsecured Creditors | $731.11 | $15.48 | $715.63 |
| 23 | MOMA FUNDING LLC<br>»»  023 | Unsecured Creditors | $1,217.20 | $32.05 | $1,185.15 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  024 | Unsecured Creditors | $597.26 | $15.75 | $581.51 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  015 | Unsecured Creditors | $2,238.45 | $76.13 | $2,162.32 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  016 | Unsecured Creditors | $2,009.86 | $68.36 | $1,941.50 |
| 5 | QUICKEN LOANS INC<br>»»  005 | Mortgage Arrears | $3,471.64 | $3,471.64 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»»  001 | Unsecured Creditors | $4,395.68 | $149.55 | $4,246.13 |
| 26 | UPPER DARBY TOWNSHIP<br>»»  026 | Priority Crediors | $831.48 | $831.48 | $0.00 |
| 25 | BRAD J SADEK ESQ<br>»»  025 | Attorney Fees | $3,355.00 | $3,355.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $13,645.88 | Arrearages: | ($500.00) |
| Paid to Trustee: | $1,340.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $513.62 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.