| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-10355-AMC**

JOSEPH  BOERCKEL
SAMANTHA  DALY
1011 COBBS STREET
DREXEL HILL  PA    19026

Petition Filed Date: 01/19/2018
341 Hearing Date: 03/09/2018
Confirmation Date: 07/11/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $500.00 | | 03/02/2020 | $500.00 | | 03/27/2020 | $500.00 | |
| 04/13/2020 | $500.00 | | 05/26/2020 | $500.00 | | 06/22/2020 | $500.00 | |
| 07/06/2020 | $500.00 | | 07/31/2020 | $500.00 | | 09/14/2020 | $500.00 | |
| 10/13/2020 | $500.00 | | 11/23/2020 | $500.00 | | 12/08/2020 | $500.00 | |
| 01/06/2021 | $500.00 | | 01/29/2021 | $500.00 | | 03/12/2021 | $500.00 | |
| 04/09/2021 | $500.00 | | 05/07/2021 | $500.00 | | | | |

**Total Receipts for the Period:  $8,500.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXP CENTURION BANK »» 006 | Unsecured Creditors | $2,479.28 | $142.73 | $2,336.55 |
| 8 | AMERICAN INFOSOURCE LP »» 008 | Unsecured Creditors | $5,524.01 | $318.14 | $5,205.87 |
| 9 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $7,938.68 | $477.44 | $7,461.24 |
| 10 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $2,298.50 | $132.34 | $2,166.16 |
| 11 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $5,486.60 | $315.94 | $5,170.66 |
| 18 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 018 | Unsecured Creditors | $5,953.28 | $358.01 | $5,595.27 |
| 21 | BECKET & LEE, LLP »» 021 | Unsecured Creditors | $572.33 | $31.42 | $540.91 |
| 2 | CAVALRY INVESTMENTS LLC »» 002 | Unsecured Creditors | $813.60 | $46.90 | $766.70 |
| 4 | CCAP AUTO LEASE LTD »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $9,620.72 | $578.60 | $9,042.12 |
| 22 | FEDERAL LOAN SERVICING »» 022 | Unsecured Creditors | $37,066.12 | $2,246.46 | $34,819.66 |
| 7 | FEDERAL LOAN SERVICING »» 007 | Unsecured Creditors | $80,427.48 | $4,874.40 | $75,553.08 |
| 13 | FRANKLIN MINT FEDERAL CU »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | FRANKLIN MINT FEDERAL CU »» 014 | Unsecured Creditors | $1,512.27 | $87.09 | $1,425.18 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 017 | Unsecured Creditors | $2,596.00 | $149.50 | $2,446.50 |
| 19 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 019 | Unsecured Creditors | $1,919.00 | $105.42 | $1,813.58 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 020 | Unsecured Creditors | $883.72 | $48.56 | $835.16 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 012 | Unsecured Creditors | $731.11 | $30.51 | $700.60 |
| 23 | MOMA FUNDING LLC »» 023 | Unsecured Creditors | $1,217.20 | $63.65 | $1,153.55 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $597.26 | $31.28 | $565.98 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $2,238.45 | $128.93 | $2,109.52 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $2,009.86 | $115.73 | $1,894.13 |
| 5 | QUICKEN LOANS INC »» 005 | Mortgage Arrears | $3,471.64 | $3,471.64 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Unsecured Creditors | $4,395.68 | $253.20 | $4,142.48 |
| 26 | UPPER DARBY TOWNSHIP »» 026 | Priority Crediors | $831.48 | $831.48 | $0.00 |
| 25 | BRAD J SADEK ESQ »» 025 | Attorney Fees | $3,355.00 | $3,355.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $18,194.37 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,685.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $120.13 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.