| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-10355-AMC

JOSEPH  BOERCKEL
SAMANTHA  DALY
1011 COBBS STREET
DREXEL HILL  PA    19026

Petition Filed Date: 01/19/2018
341 Hearing Date: 03/09/2018
Confirmation Date: 07/11/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $500.00 | | 05/07/2021 | $500.00 | | 06/18/2021 | $500.00 | |
| 07/16/2021 | $500.00 | | 08/27/2021 | $500.00 | | 09/14/2021 | $500.00 | |
| 10/08/2021 | $500.00 | | 12/07/2021 | $500.00 | | 01/03/2022 | $500.00 | |
| 02/11/2022 | $500.00 | | 03/11/2022 | $500.00 | | 03/14/2022 | $500.00 | |
| 04/12/2022 | $500.00 | | 05/06/2022 | $500.00 | | 06/22/2022 | $500.00 | |
| 07/29/2022 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $8,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $27,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXP CENTURION BANK <br> »» 006 | Unsecured Creditors | $2,479.28 | $219.67 | $2,259.61 |
| 8 | AMERICAN INFOSOURCE LP <br> »» 008 | Unsecured Creditors | $5,524.01 | $504.04 | $5,019.97 |
| 9 | AMERICAN INFOSOURCE LP <br> »» 009 | Unsecured Creditors | $7,938.68 | $745.01 | $7,193.67 |
| 10 | AMERICAN INFOSOURCE LP <br> »» 010 | Unsecured Creditors | $2,298.50 | $203.69 | $2,094.81 |
| 11 | AMERICAN INFOSOURCE LP <br> »» 011 | Unsecured Creditors | $5,486.60 | $500.55 | $4,986.05 |
| 18 | BUREAUS INVESTMENT GROUP PORTFOLIO <br> »» 018 | Unsecured Creditors | $5,953.28 | $558.67 | $5,394.61 |
| 21 | BECKET & LEE, LLP <br> »» 021 | Unsecured Creditors | $572.33 | $49.18 | $523.15 |
| 2 | CAVALRY SPV INVESTMENTS LLC <br> »» 002 | Unsecured Creditors | $813.60 | $63.65 | $749.95 |
| 4 | CCAP AUTO LEASE LTD <br> »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK <br> »» 003 | Unsecured Creditors | $9,620.72 | $902.88 | $8,717.84 |
| 22 | FEDERAL LOAN SERVICING <br> »» 022 | Unsecured Creditors | $37,066.12 | $3,495.25 | $33,570.87 |
| 7 | FEDERAL LOAN SERVICING <br> »» 007 | Unsecured Creditors | $80,427.48 | $7,584.05 | $72,843.43 |
| 13 | FRANKLIN MINT FEDERAL CU <br> »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | FRANKLIN MINT FEDERAL CU <br> »» 014 | Unsecured Creditors | $1,512.27 | $137.99 | $1,374.28 |

**Chapter 13 Case No. 18-10355-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $2,596.00 | $230.10 | $2,365.90 |
| 19 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 019 | Unsecured Creditors | $1,919.00 | $180.07 | $1,738.93 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 020 | Unsecured Creditors | $883.72 | $80.65 | $803.07 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $731.11 | $62.89 | $668.22 |
| 23 | MOMA FUNDING LLC<br>»» 023 | Unsecured Creditors | $1,217.20 | $111.05 | $1,106.15 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $597.26 | $46.74 | $550.52 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,238.45 | $198.41 | $2,040.04 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $2,009.86 | $178.12 | $1,831.74 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $3,471.64 | $3,471.64 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 001 | Unsecured Creditors | $4,395.68 | $401.09 | $3,994.59 |
| 26 | UPPER DARBY TOWNSHIP<br>»» 026 | Priority Crediors | $831.48 | $831.48 | $0.00 |
| 25 | BRAD J SADEK ESQ<br>»» 025 | Attorney Fees | $3,355.00 | $3,355.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $24,111.87 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,285.50 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $602.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.