United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 18-10355-amc
Joseph Boerckel                                Chapter 13
Samantha Daly
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                                    Page 1 of 4
Date Rcvd: Feb 22, 2023                    Form ID: 138OBJ                          Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Boerckel, Samantha Daly, 1011 Cobbs Street, Drexel Hill, PA 19026-1803 |
| 14042285 | #+ | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14057454 | + | Franklin Mint FCU, c/o Klehr Harrison Harvey Branzburg LLP, Corinne Samler Brennan, Esq., 1835 Market St., Ste. 1400, Phila., PA 19103-2945 |
| 14042290 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14060331 | + | Toyota Motor Credit Corp., c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14060840 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14341278 | + | Upper Darby Township, c/o John McMullan Fin. Dir., 100 Garrett Road, Upper Darby, PA 19082-3135 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 23 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14057531 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 00:30:59 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14042266 | + | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 00:31:03 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14042267 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 23 2023 00:25:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14042268 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 23 2023 00:25:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14072517 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 23 2023 00:31:02 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14042270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2023 00:30:54 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14061042 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2023 00:31:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14075123 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 00:30:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 18-10355-amc   Doc 64   Filed 02/24/23   Entered 02/25/23 00:37:36   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14042277 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2023 00:25:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14044843 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2023 00:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14051430 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2023 00:25:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14042279 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2023 00:30:55 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14042280 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2023 00:25:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14046119 | | Email/Text: mrdiscen@discover.com | Feb 23 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14042282 | + | Email/Text: mrdiscen@discover.com | Feb 23 2023 00:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14042288 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 23 2023 00:25:00 | Franklin Mint Fcu Il, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317 |
| 14062666 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 23 2023 00:25:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14042287 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 23 2023 00:25:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14072123 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 23 2023 00:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14042278 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2023 00:31:01 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14042292 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 23 2023 00:25:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14042293 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2023 00:25:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14061231 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2023 00:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14042295 | + | Email/Text: bncnotifications@pheaa.org | Feb 23 2023 00:25:00 | National Collegiate, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14067544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2023 00:30:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14042844 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 23 2023 00:30:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14076999 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2023 00:25:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14053285 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 23 2023 00:25:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14042296 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 23 2023 00:25:00 | Quicken Loans, Inc., 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14042297 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2023 00:25:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 14042298 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 00:31:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14042299 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 00:31:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14042300 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 00:31:03 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14042302 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 23 2023 00:25:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 14042301 | + | Email/PDF: tbiedi@PRAGroup.com | Feb 23 2023 00:30:55 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14044735 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 23 2023 00:25:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14161831 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 00:31:04 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14042284 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 23 2023 00:25:00 | Elan Financial Service, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14753187 | + | Email/Text: EBN@edfinancial.com | Feb 23 2023 00:25:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14042304 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2023 00:25:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14042303 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2023 00:25:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14042269 | *+ | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14042271 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14042272 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14042273 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14042274 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14042275 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14042276 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14042281 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14042283 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14042289 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Fcu Il, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317 |
| 14042286 | *+ | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14042291 | *+ | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14072713 | *+ | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14042294 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 22, 2023 | Form ID: 138OBJ | Total Noticed: 50 |

Date: Feb 24, 2023                    Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Joseph Boerckel brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Samantha Daly brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Quicken Loans Inc. cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| DANIEL P. JONES | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| LAUREN S. ZABEL | on behalf of Creditor Quicken Loans Inc. lzabel@reedsmith.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph Boerckel and Samantha Daly
        Debtor(s)                      Case No: 18−10355−amc
                                               Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                    Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/22/23